United States District Court
Southern District of Texas
Houston Division

Plaintiff: Raymond E. Carr

Civil Action No. _____

V.

Defendant: Legal Aid Providers, et.al

Plaintiff's Cross-Claim

Raymond E. Carr
Lord of the Streets
3401 Fannin St.
Houston, Tx 77004
Cellphone # (512) 529-5119

1

## Defendants Addresses

1) Civil Rights Project
   3438, 1405 Montopolis Dr.
   Austin, Tx 78711

2) Lone Star Legal Aid
   2929 McKinney St.
   Houston, Tx 77003

3) Beacon Law Center
   1212 Prairie St.
   P.O. Box 53958
   Houston, Tx 77052

4) 7031 Koll Center
   Parkway Ste 260
   Pleasanton, CA 94566

5) Metropolitan Transit Authority
   1900 Main
   Houston, Tx 77002

6) U.S. Equal Employment Opportunity Commission
   Mickey Leland Building
   1919 Smith St.
   Houston, Tx 77002

7) Harris County Hospital District
   2525 Holly Hall St.
   Houston, Tx 77051

8) Biomat Plasma Center
   1223 W. 43rd St.
   Houston, Tx 77018

9) Coordinated Access Housing
   1212 Prairies St.
   Houston, Tx 77052

10) Texas Health & Human Services Commission
    P.O. Box 149029
    Austin, Tx 78711-9029

11) Assurance Wireless

12) Houston Community College
    13008 Holman St.
    Houston, Tx 77004

2

## Jurisdiction

The courts jurisdiction is invoked under 28 USC § 1331, 1332, 1367, and Article 3 of the United States Constitution.

## Statement of Facts

I am filing this cross-suit against various local and state entities for their on-going retaliatory schemes designed to subject the plaintiff to harassment, invasion of privacy, inflict disappointment and mental distress, cause financial restriction, why they indirectly work to interfer with the plaintiff's rights & privileges as co-conspirators (mainly Mexicans) with the State government over a course of 20-years.

## Statement of the Case

### Defendant #1

From the day I was released from TDCJ December 21, 2017, and filed my first civil lawsuit in March 2018, the legal aid providers deliberately & intentionally refused to represent me in any of my civil action lawsuits nor would they provide me with self-help material although I called them on my cellphone requesting them to do so. Notice the Beacon Law Center played fraudulent games regards the probate issue I presented to them concerning my mother's house which they instructed me to get my mother's death certificate to prove my brother forged the deed (although the Harris County Vital Statics office withed and delayed my application for my mother's death certificate) and told me that was enough evidence to prove my probate issue but when I finally recieved it, they outright refused to take my case which it is oblivious they are shielding the county from wrongdoing. See Death Certificate Exhibits A-D

Defendant #2

Metropolitan Transit Authority

On September 10, 2018, I got on the Metro Rail going to work but did not have time to tap my Q-card, and when the Metro Rail inspector got on and asked for my Q-card I told her I was in a hurry to get on the train and did not have time to tap my card but told her I would get off at the next stop to tap my card. She immediately became unreasonable and told me I was getting a ticket and tried to have me arrested when I became upset and cursed her-out which this in fact was a direct act of retaliation from Metro employees, Mexicans in general, who continue to lead the course of the civil conspiracy described in my other lawsuit against the state government. Note before this incident Metro employees already subject me to petty harassment by excelerating the bus at high speeds when I get on, over charging my Q-card, and refusing to make stops to pick-me-up. See Exhibit E

Defendant #3

U.S. Equal Employment Opportunity Commission

On May 21, 2018, I filed a complaint with the (EEOC) concerning my employment with Pritchard Sports and Entertainment about the harassment and malicious hazing I was receiving on the job mainly from Mexican supervisor and employees but the (EEOC) investigator directly stated by her attitude and actions she would not take action to investigate my case because she was Latino herself. Note when I found another job at ISS facility where all the supervisors and employees are Mexicans, I was subject to the same harassment and malicious hazing. Again around August 2018, I went to the (EEOC) to file a complaint about the same harassment and malicious hazing I was receiving at ISS Facility and was again interviewed by Mexican investigators who also indirectly stated they weren't going to investigate my complaint or allow me to file suit which some of the harassment stop off and on at this job. See Exhibits F-I

4

Defendant #4

Harris County Hospital District

From around April 2018, to September 2018, I have been repeatedly been letdown for scheduled appointments for dental care, and foot care to have a painful bunion removed but everytime I was schedule for care I have repeatedly denied dental care by Mexican or African American health care providers using fraudlent reasons, and further delays. See exhibits J-L

Defendant #5

Biomat Plasma Center

On around September 3, 2018, I went to biomat plasma center off Belfort/Gessner to donate blood and went through the procedure as a First-time donor but come to find biomat arbitrary denied my application based on an incident back in 2008-09, which was in fact a legal dispute they acted in retaliation to deny me the right to donate, also this was in fact incited by the state government as a measure to keep me financially restrained not allowing me to make no other income or financial gains other than the SSI I was recieving in 2008-12.

Defendant #6

Coordinated Access housing

From the day I applied for housing at this agency the employees indirectly by their attitudes and actions was not going to provide me with housing and around July 2018, after waiting 6-months on the housing list, I was arbitrary taken-off the housing list because the agency stated I was not a top priority. Notice one of their employees is station at the salvation army where I am presently staying but refuse to talk to me or answer my telephone calls.

5

Defendant #7

Texas Health & Human Services

This agency arbitrary changed my SNAP benefits various times in retaliation of my litigation activities, and to keep me financially restrained as a long customary practice against me designed and incited by the state government. See exhibits M-N

Defendant #8

Assurance Wireless

This agency has maliciously invaded my privacy by tapping my cellphone conversations and relaying information to the public, maliciously interfering with my cellphone activity making it difficult to operate. Notice every complaint I call the company about my cellphone issues I always interviewed by a Mexican or Latino employee.

Defendant #9    Houston Community College

On around August 2018, I went to (HCC) to register for college classes and come to find (HCC) arbitrary interfered with my efforts to enroll by holding a fee of $445.00 that they say I owe from attending classes in 2008-09, 1) During that year I was arbitrary ousted from my college course after only being in class for two-weeks 2) I tried to transfer to another college but my request was denied, and 3) Texas Workforce Commission (DARS) department refused to assist me in paying the fee although they are required to do so.    See exhibits O-P

6

## Relief Sought

Plaintiff request the following relief: 1) I would like my probate issue resolved in this court, 2) The ticket written by Mertro Rail inspector, the fee of $445.00 charged by (HCC) canceled, and the ban to donate blood by Biomat plasma Center lifted, and 3) An injunction authorized by 28 UCC § 2283 & 2284 forcing defendants to respect all my rights & privileges I am entitled to.

Respectfully submitted,
Raymond Earl Cole
_____
       Signature

Date executed: September 24, 2018

Lord of the Streets
3401 Fannin St.
Houston, Tx 77004